(No. 74-CC-429—Claimant ▮▮▮▮▮▮▮▮

RICHARD SIMMONS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed March 25, 1974.*

RICHARD SIMMONS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-430—Claimant ▮▮▮▮▮▮▮▮

OGLE COUNTY SHERIFF'S DEPARTMENT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed March 25, 1974.*

OGLE COUNTY SHERIFF'S DEPARTMENT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.